THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* RONALD BURBANK, Petitioner-Appellant.

(No. 59250;

First District (1st Division)—October 21, 1974.

PER CURIAM.
EGAN, J., took no part.

James J. Doherty, Public Defender, of Chicago (Terrence McQuigg and Matthew J. Beemsterboer, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and James B. Haddad, Assistant State's Attorneys, of counsel), for the People.